UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00519-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PHILIP CHAOHUI HE, a/k/a Philip Hope, a/k/a Philip Chaohui,

    Defendant.

---

**ORDER**

---

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Friday, March 9, 2012,** and responses to these motions shall be filed by **Friday, March 23, 2012.** It is

    FURTHER ORDERED that a hearing on all pending motions, if necessary, will be set at a later date. It is

    FURTHER ORDERED that a 5-day jury trial is set for **Monday, April 9, 2012, at 9:00 a.m. in courtroom A-1002.**

    Dated: February 8, 2012

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Chief United States District Judge